UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SHAWN M. MANNING,

        Petitioner,

v.

STEVEN KALLIS, *Warden*,

        Respondent.

Civil No. 21-160 (JRT/KMM)

ORDER ON REPORT
AND RECOMMENDATION

---

Shawn M. Manning, Reg No. 18257-030, FMC-Rochester, 9-2-N, PMB 4000, Rochester, MN 55903, *pro se* petitioner.

Ana H Voss, Ann Bildtsen, Chad Blumenfield, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Katherine Menendez filed a Report and Recommendation on September 9, 2021. (ECF No. 18) No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is denied.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 4, 2021
at Minneapolis, Minnesota

    s/John R. Tunheim
    JOHN R. TUNHEIM
    Chief Judge
    United States District Court